# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA MORRIS; and BRIANNE CHRISTINE EDLER, *a minor*,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>PFIZER, INC.,<br><br>　　　　　　　　　　　Defendant. | Case No. 24-cv-1988-BAS-BLM<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S APPLICATION TO PROCEED** ***IN FORMA PAUPERIS***<br><br>**(ECF No. 2)** |

　　　On October 24, 2024, Plaintiffs Brenda Morris and Brianne Christine Edler, a minor, proceeding pro se, commenced this action. (ECF No. 1.) The same day, Plaintiff Brenda Morris also filed an application seeking leave to proceed without prepaying fees or costs, also known as proceeding in forma pauperis ("IFP"). (ECF No. 2.) For the reasons discussed below, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's application to proceed IFP.

　　　Under 28 U.S.C. § 1915, an indigent litigant who is unable to pay the fees required to commence a legal action may petition a court to proceed without making such prepayment. The determination of indigency falls within the district court's discretion. *Cal. Men's Colony v. Rowland*, 939 F.2d 854, 858 (9th Cir. 1991) (holding that "Section 1915 typically requires the reviewing court to exercise its sound discretion in determining

whether the affiant has satisfied the statute's requirement of indigency"), *rev'd on other grounds*, 506 U.S. 194 (1993).

It is well-settled that a party need not be completely destitute to proceed in forma pauperis. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–40 (1948). To satisfy the requirements of 28 U.S.C. § 1915(a), "an affidavit [of poverty] is sufficient which states that one cannot because of his poverty pay or give security for the costs . . . and still be able to provide himself and dependents with the necessities of life." *Id.* at 339 (internal quotations omitted). At the same time, however, "the same even-handed care must be employed to assure that federal funds are not squandered to underwrite, at public expense, . . . the remonstrances of a suitor who is financially able, in whole or in material part, to pull his own oar." *Temple v. Ellerthorpe*, 586 F. Supp. 848, 850 (D.R.I. 1984).

District courts, therefore, tend to reject IFP applications where the applicant can pay the filing fee with acceptable sacrifice to other expenses. *See, e.g., Olivares v. Marshall*, 59 F.3d 109, 111 (9th Cir. 1995) (finding that a district court did not abuse its discretion in requiring a partial fee payment from a prisoner who had a $14.61 monthly salary and who received $110 per month from family). The facts as to the affiant's poverty must be stated "with some particularity, definiteness, and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981) (quoting *Jefferson v. United States*, 277 F.2d 723, 725 (9th Cir. 1960)).

Having read and considered Plaintiff Morris's application, the Court finds that Morris fails to meet the requirements for IFP status under 28 U.S.C. § 1915. Regarding her income, Morris writes that she has $0 in wages and no other sources of income. (ECF No. 2 at 1.) Morris also states that she "own[s] no property." (*Id.* at 2.) Morris lists a dependent, "B.E.," on the form, but fails to list her relationship with B.E. as well as how much she contributes to B.E.'s support. (*Id.* at 2.) Morris also writes "No" in response to the question asking her to list housing, transportation, utilities, or loan payments, or other regular monthly expenses. (*Id.* at 2.) Finally, Morris claims she has $0 in any checking or savings account. (*Id.* at 2.)

|   |   |
|---|---|
| 1 | From this information, it is not apparent how Morris is obtaining the necessities of |
| 2 | life, and in turn whether this source of funds—if it exists—can cover the required filing fee |
| 3 | in this action. The Court can draw no conclusions from the incomplete IFP application. |
| 4 | Thus, the application does not indicate that requiring Plaintiff to pay the required $405 fee |
| 5 | would impair her ability to obtain the necessities of life. |
| 6 | The Court further notes that Morris filled out a "short form" IFP application, which |
| 7 | generally does not provide sufficient information for a court to grant IFP status. Therefore, |
| 8 | Morris may find attached the appropriate "long form" IFP application for her use if she |
| 9 | wishes to renew her application to proceed IFP. |
| 10 | In light of the foregoing, the Court **DENIES** Morris's application to proceed IFP |
| 11 | **WITHOUT PREJUDICE**. (ECF No. 2.) To proceed IFP, Morris must refile the attached |
| 12 | long form IFP application **by no later than December 19, 2024**, with more specific |
| 13 | information regarding the aforementioned sources of income and monthly expenses. If she |
| 14 | no longer wishes to proceed IFP, Morris must pay the filing fee by **no later than December** |
| 15 | **19, 2024**. |
| 16 | **IT IS SO ORDERED.** |
| 17 | |
| 18 | **DATED: November 19, 2024** |
| 19 | Hon. Cynthia Bashant<br>United States District Judge |

- 3 -

24cv1988

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| _____ *Plaintiff/Petitioner* <br> v. <br> _____ *Defendant/Respondent* | ) <br> ) <br> )   Civil Action No. <br> ) <br> ) |

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
**(Long Form)**

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _____

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: _____

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property *(such as rental income)* | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify)*: | $ | $ | $ | $ |
| **Total monthly income:** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ _____

   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #1 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

7. State the persons who rely on you or your spouse for support.

| **Name** (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>    Are real estate taxes included?    ☐ Yes    ☐ No<br>    Is property insurance included?    ☐ Yes    ☐ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
|     Motor vehicle: | $ | $ |
|     Credit card *(name)*: | $ | $ |
|     Department store *(name)*: | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
|---|---|---|
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ 0.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ❐ Yes   ❐ No     If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ❐ Yes  ❐ No

    If yes, how much?  $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

12. Identify the city and state of your legal residence.

    Your daytime phone number: _____

    Your age: _____    Your years of schooling: _____